IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RONALD ANTOINE REED, ID # 653274,<br>    Plaintiff,<br>vs.<br><br>MANAGEMENT AND TRAINING CORP.,<br>et al.,<br>    Defendants. | )<br>)<br>)   No. 3:12-CV-1264-P-BH<br>)<br>)<br>)<br>) |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. Plaintiff's complaint is **DISMISSED** with prejudice as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b).

SIGNED this 24th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE